**FILED**
JUL 2 6 2017
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SAFRON HUOT,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA STATE DEPARTMENT OF CHILD AND FAMILY SERVICES; et al.,<br><br>Defendants. | CV 17–45–BU–BMM–JCL<br><br>ORDER |

On July 12, 2017, pro se Plaintiff Sharon Huot filed a motion for leave to proceed in forma pauperis and lodged her Complaint with the Court. (Docs. 1 & 2). On July 11, 2017, Plaintiff lodged identical Complaints with the United States District Court for the Eastern District of Missouri and the United States District Court for the Southern District of West Virginia. Both of those cases were transferred to this Court pursuant to 28 U.S.C. § 1406(a), and assigned civil case number CV 17-46-BU-BMM-JCL.

Under Federal Rule of Civil Procedure 42(a), the Court may consolidate actions for trial or pretrial proceedings if the actions "involve a common question of law or fact." Because the Complaints filed in CV 17-46-BU-BMM-JCL are

identical to the Complaint filed in the above captioned case, CV 17-45-BU-BMM-JCL, consolidation is warranted. Accordingly,

IT IS ORDERED that CV 17-45-BU-BMM-JCL and CV 17-46-BU-BMM-JCL are hereby CONSOLIDATED. CV 17-45-BU-BMM-JCL will serve as the lead case, and all future filing should be done in the lead case.

DATED this 26th day of July, 2017.

Jeremiah C. Lynch
United States Magistrate Judge